```
1  Gregory J. Kohler - SBN 144063
   ALBERS, BARNES & KOHLER, LLP
2  1401 Commercial Way, Suite 220
   Bakersfield, CA  93309
3  Telephone:(661) 716-3900
   Facsimile: (661) 716-3899
4
   Carolyn Chan – SBN 147978
5  2701 Del Paso Rd., Ste. 130-#373
   Sacramento, CA  95835
6  Telephone: (916) 484-4020

7  Attorneys for Plaintiff,
   AMERICAN CANINE FOUNDATION
8
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

Docket No. 2:06-CV-00654-LKK-DAD

| | |
|---|---|
| AMERICAN CANINE FOUNDATION,<br><br>        Plaintiff,<br><br>  vs.<br><br>STATE OF CALIFORNIA,<br>BILL LOCKYER in his capacity<br>as Attorney General<br>and  DOES 1 to 50, inclusive,<br><br>        Defendants. | **STIPULATION TO ALLOW FILING OF AMENDED COMPLAINT AND TO TAKE MOTION TO DISMISS OFF CALENDAR; ORDER THEREON** |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective attorneys of record that Plaintiff may file an Amended Complaint in this action on or before June 2, 2006.  In light of this Stipulation, the Motion to Dismiss is hereby rendered moot; therefore, the parties request that the Court take the hearing off calendar currently scheduled to be heard on June 12, 2006 AT 10:00 a.m. in Department 4 before the Honorable Lawrence Karlton.  This stipulation does not affect

1

_____
Stipulation to Allow Filing of Amended Complaint
and to Take Motion to Dismiss Off Calendar; Order Thereon

1  Defendants' rights to file a motion to dismiss in the future on
2  the same or similar grounds.   Defendants will have twenty (20)
3  days from the date of service of the Amended Complaint in which to
4  file a response to the Amended Complaint [FRCP 12(a)(1)(A)].

5
6  DATED:  May 25, 2006                ALBERS, BARNES & KOHLER, LLP

7                                      By   /s/ Gregory J. Kohler
                                            Gregory J. Kohler,
8                                           Attorney for Plaintiff,
                                            American Canine Foundation
9

10 DATED:  May 25, 2006                By   /s/ Peter Williams
11                                          Peter Williams

12      **IT IS SO ORDERED.**

13 DATED:  May 26, 2006

14
                            _____
15                          LAWRENCE K. KARLTON
                            SENIOR JUDGE
16                          UNITED STATES DISTRICT COURT

17
18
19
20
21
22
23
24
25
26

_____
Stipulation to Allow Filing of Amended Complaint
and to Take Motion to Dismiss Off Calendar; Order Thereon