UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AMERICAN CANINE FOUNDATION,

        NO. CIV. S-06-654 LKK/DAD

    Plaintiff,

  v.                             O R D E R

BEN SUN, D.M.V., et al.,

    Defendants.
_____/

    The court is in receipt of plaintiff's status report.  A Status Conference is currently set for June 12, 2006 at 2:30 p.m. On June 2, 2006, plaintiff filed a first amended complaint adding several new defendants.  Given that summons was just issued on the first amended complaint, it would be premature to conduct a Status Conference at this time.  For this reason, the Status Conference currently set for June 12, 2006 is hereby CONTINUED to August 7, 2006 at 2:00 p.m.  The parties are reminded of their obligation to file status reports not later than ten (10) days preceding the conference.  Plaintiff shall serve a copy of this order with

1

1 service of the summons and complaint as to any presently unserved
2 defendants.
3       IT IS SO ORDERED.
4       DATED:   June 8, 2006
5                                        /s/ Lawrence K. Karlton
                                         LAWRENCE K. KARLTON
                                         SENIOR JUDGE
6                                        UNITED STATES DISTRICT COURT

2