1  RAYMOND G. FORTNER, JR.
   County Counsel
2  RICHARD K. MASON
   Assistant County Counsel
3  DIANE C. REAGAN
   Principal Deputy County Counsel
4  STATE BAR NO.: 98709
   648 Kenneth Hahn Hall of Administration
5  500 West Temple Street
   Los Angeles, California 90012-2713
6  Telephone: (213) 974-1868
   Facsimile: (213) 680-2165
7  Attorneys for County of Los Angeles

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  AMERICAN CANINE FOUNDATION,   )   CASE NO. 2:06-CV-00654-LKK-DAD
                                  )
12                  Plaintiff,    )
                                  )   **STIPULATION TO EXTEND TIME**
13            vs.                 )   **FOR DEFENDANT COUNTY OF**
                                  )   **LOS ANGELES TO RESPOND TO**
14  BEN SUN, D.V.M., the Public   )   **COMPLAINT; AND ORDER**
    Health Veterinarian for the   )
15  State of California; THE      )
    CALIFORNIA DEPARTMENT OF      )   Discovery Cutoff: None
16  HEALTH SERVICES; THE          )   Motion Cutoff:    None
    CALIFORNIA HEALTH AND HUMAN   )   Trial Date:       None
17  SERVICES AGENCY; BILL LOCKYER;)
    CITY AND COUNTY OF SAN        )
18  FRANCISCO; THE COUNTY OF      )
    LOS ANGELES; and DOES 1       )
19  through 50, inclusive,        )
                                  )
20                  Defendants.   )
    _____)
21

22       **IT IS HEREBY STIPULATED** by and between the Plaintiff American

23  Canine Foundation and Defendant County of Los Angeles through

24  their respective attorneys of record that the time for Defendant

25  County of Los Angeles to respond to the First Amended Complaint is

26  extended thirty days from July 10, 2006 to August 9, 2006.

DATED: June 27, 2006                RAYMOND G. FORTNER, JR.
                                    County Counsel


                                    By   /s/ Diane C. Reagan
                                      DIANE C. REAGAN
                                      Principal Deputy County Counsel
                                      Attorneys for County of Los Angeles


DATED:   June 27, 2006              ALBERS, BARNES & KOHLER



                                    By    /s/ Gregory J. Kohler
                                      GREGORY J. KOHLER
                                      Attorney for Plaintiff,
                                      American Canine Foundation


        DATED:   June 30, 2006

        IT IS SO ORDERED.

                                    _____
                                    HONORABLE LAWRENCE K. KARLTON
                                    SENIOR JUDGE

2