1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                             EASTERN DISTRICT OF CALIFORNIA

10

11   AMERICAN CANINE FOUNDATION,
                                                NO. CIV. S-06-654 LKK/DAD
12
              Plaintiff,
13
         v.                                          O R D E R
14
     BEN SUN, D.M.V., et al.,
15
              Defendants.
16   _____/

17        The court is in receipt of the parties' stipulation and

18   proposed order requesting the court continue the hearing date on

19   defendants' motion to dismiss, currently set for the July 24, 2006

20   law and motion calendar.  Since the filing of that motion, the

21   State defendants, as well as the City and County of San Francisco

22   have filed a motion to transfer venue of the above-captioned case

23   to the United States District Court for the Northern District of

24   California.  The hearing on this motion is set for August 7, 2006.

25   ////

26

                                      1

1      Given the related nature of the motions, the hearing on

2  defendants' motion to dismiss is CONTINUED to August 7th, 2006

3  at 10:00 a.m., where it will be heard concurrently with defendants'

4  motion to transfer venue.   Oppositions or statements of non-

5  opposition shall be filed no later than July 24, 2006 at 10:00 a.m.

6      IT IS SO ORDERED.

7      DATED:   July 11, 2006

8                      LAWRENCE K. KARLTON

9                      SENIOR JUDGE
                        UNITED STATES DISTRICT COURT

2