BILL LOCKYER
Attorney General of the State of California
LOUIS R. MAURO
Senior Assistant Attorney General
CATHERINE M. VAN AKEN
Supervising Deputy Attorney General
PETER M. WILLIAMS, State Bar No. 180533
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-8405
 Fax: (916) 324-5567
 Email: Peter.Williams@doj.ca.gov

Attorneys for all State of California Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AMERICAN CANINE FOUNDATION,**<br><br>Plaintiff,<br><br>v.<br><br>**BEN SUN, D.V.M., the Public Health Veterinarian for the State of California; THE CALIFORNIA DEPARTMENT OF HEALTH SERVICES; THE CALIFORNIA HEALTH AND HUMAN SERVICES AGENCY; BILL LOCKYER; CITY AND COUNTY OF SAN FRANCISCO; THE COUNTY OF LOS ANGELES; and DOES 1 to 50, Inclusive,**<br><br>Defendants. | Case No. 2:06-CV-00654-LKK-DAD<br><br>**STIPULATION AND ORDER THEREON FOR EXTENSION OF TIME FOR DEFENDANTS BEN SUN, D.V.M.; THE CALIFORNIA DEPARTMENT OF HEALTH SERVICES; AND THE CALIFORNIA HEALTH AND HUMAN SERVICES AGENCY TO FILE RESPONSES TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Courtroom:   4<br>Judge:   The Honorable Lawrence K. Karlton |

**STIPULATION**

Pursuant to Local Rule 6-144, the undersigned hereby agreed that State of California Defendants Ben Sun, D.V.M.;  The California Department of Health Services; and the California Health and Human Services Agency (collectively, "DHS"), shall have until <u>August 28, 2006</u> to file responses to plaintiff's First Amended Complaint.  Because this extension is more than 30 days from

/ / /

/ / /

Stipulation and Order Granting State Defendants Extension of Time to Respond

1

the date DHS would otherwise have to respond, the stipulation for extension of time is contingent upon the Court accepting the extension by way of the attached order below.

The undersigned request the extension in order to have the responses due on the same date as: 1) defendant City and County of San Francisco's response to the First Amended Complaint; and 2) the (pending) date of the hearing for Defendant Bill Lockyer's Motion to Dismiss the First Amended Complaint.

IT IS SO STIPULATED.

Date: _____    /signature on original
                           PETER M. WILLIAMS, Deputy Attorney
                           General, counsel for all State of California
                           Defendants

Date: _____    /signature on original
                           GREGORY J. KOHLER, Attorney for
                           Plaintiff

## ORDER

Having read the above stipulation, and finding good cause therein, IT IS HEREBY ORDERED that defendants Ben Sun, The California Department of Health Services, and the California Health and Human Services Agency, shall have until and including August 28, 2006, to file responses to Plaintiff's First Amended Complaint.

Date: July 14, 2006.

_____
LAWRENCE K. KARLTON
Senior Judge
United States District Court

06cv654.stipo.0714.wpd
SA2006101046