UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AMERICAN CANINE FOUNDATION,

           Plaintiff,

    v.

BEN SUN, D.M.V., et al.,

           Defendants.
_____/

NO. CIV. S-06-654 LKK/DAD

O R D E R

On July 12, 2006, plaintiff filed a document which although entitled "First Amended Complaint," appears to be a second amended complaint. This complaint appears to be an updated and revised version of the plaintiff's first amended complaint, which was filed on June 6, 2006. Under Federal Rule of Civil Procedure 15(a), a party may file a first amended complaint once as a matter of course at any time before a responsive pleading is served, but must seek leave of court or consent of the adverse party to file a second amended complaint. See Fed. R. of Civ. P. 15.

////

1

1    In the case at bar, plaintiff filed its first amended complaint on June 6, 2006 and failed to receive permission from the court or the consent of the opposing parties to file the second amended complaint, which was filed on July 12, 2006.  Therefore, pursuant to Rule 15(a) the second amended complaint filed on July 12, 2006, is hereby STRICKEN.  Any arguments raised by plaintiff in the second amended complaint that pertain to the motion to dismiss or the motion for transfer of venue will be DISREGARDED.

     The court also notes that the State defendants' motion to transfer venue and motion to dismiss are pending on the August 7, 2006 law and motion calendar.  Although not all defendants have appeared in the case, the court invites any party to file an opposition to the motion to transfer or the motion to dismiss no later than Monday, July 24, 2006 at 10:00 a.m.

     IT IS SO ORDERED.

     DATED:  July 17, 2006

     /s/ Lawrence K. Karlton
     LAWRENCE K. KARLTON
     SENIOR JUDGE
     UNITED STATES DISTRICT COURT